IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| ROKENBERT CALVIN MARTIN, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-666-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On February 28, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 39.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's 28 U.S.C. § 2255 motion is DENIED, and that this action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 25th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE